IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| GARY STEPHENSON, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | NO.   MO:23-CV-00061 |
| | § | |
| LOWE'S HOME CENTERS, LLC, | § | |
| dba LOWE'S | § | |
|     *Defendant*. | § | |

## ORDER

BEFORE THE COURT is the Notice of Alternative Dispute Resolution Summary (Doc. 29) filed April 25, 2024, informing the Court that all matters between the parties have been settled. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

The Final Pretrial Hearing and Jury Selection/trial are cancelled. All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 7th day of May, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

Case 7:23-cv-00061-DC Document 31 Filed 05/07/24 Page 2 of 2